UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MEREDITH FAIRFIELD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:25-cv-295 |
| ) | |
| JAYCO, INC., ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

At the July 14, 2025 settlement conference, the parties reached an agreement to resolve the case and were ordered to file a dismissal by September 12, 2025. At the request of the parties, a status conference was held on October 10, 2025. The plaintiffs' attorney, Richard C. Dalton, informed the court that the plaintiffs had refused to sign the settlement agreement. The plaintiffs were ordered to appear in court on November 5, 2025 but failed to appear. Attorney Dalton appeared by telephone and indicated that he had provided the plaintiffs with a copy of the court's Order [DE 17] and that they still had not signed the settlement agreement.

Accordingly, the court **RECOMMENDS** that the District Court **DISMISS** this case with prejudice under Federal Rules of Civil Procedure 16(f) and 41(b).

This Report and Recommendation is submitted pursuant to **28 U.S.C. § 636(b)(1)(C)**. Pursuant to **28 U.S.C. § 636(b)(1)**, the parties shall have fourteen days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court. The failure to file a timely objection will result in waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. ***Willis v. Caterpillar, Inc.***, 199 F.3d 902, 904 (7th Cir. 1999); ***Hunger v. Leininger***, 15 F.3d 664, 668 (7th Cir.

1994); ***The Provident Bank v. Manor Steel Corp.***, 882 F.2d 258, 260-261 (7th Cir. 1989); ***Lebovitz v. Miller***, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

ENTERED this 5th day of November, 2025.

/s/ Andrew P. Rodovich
United States Magistrate Judge