UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MEREDITH FAIRFIELD, *et al.*,

    Plaintiffs,

v.

JAYCO, INC.,

    Defendant.

Case No. 3:25-CV-295-GSL-APR

## ORDER

This matter is before the Court on Magistrate Judge Andrew P. Rodovich's Report and Recommendation [DE 19] entered on November 5, 2025. For the reasons fully explained in the Report, Magistrate Judge Rodovich recommends that this matter be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 16(f) and 41(b) for failing to appear and otherwise comply with the court's orders.

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) (internal citations omitted) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error"). The Court has reviewed the Report and Recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Magistrate Judge Rodovich's Report and Recommendation [DE 19] in full and **ORDERS** that this case be **DISMISSED with prejudice**.

SO ORDERED.

ENTERED: November 20, 2025

                                            /s/ GRETCHEN S. LUND
                                            Judge
                                            United States District Court